# Third District Court of Appeal
## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2348
Lower Tribunal No. 20-13560

————————

**Spices USA, Inc.,**
Appellant,

vs.

**Oriental Packing Company,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Fuerst Ittleman David & Joseph and Jeffrey J. Molinaro and Allan A. Joseph and Joshua Salmon, for appellant.

Harvey D. Rogers, P.A., and Harvey D. Rogers, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.